UNITED STATES, Appellee

v

BILLY L. JENKINS, Specialist Five, U. S. Army, Appellant

22 USCMA 311, 46 CMR 311

No. 26,482

May 25, 1973

*Colonel Arnold I. Melnick, Captain John Howard Shows,* and *Captain Michael A. Mason* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Ronald M. Holdaway,* and *Captain Merle F. Wilberding* were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

We granted review on the following issue:

Whether the military judge erred when he ruled that Prosecution Exhibit 1 (104 vials of heroin) was not obtained as a result of an illegal search and seizure.

This case is the companion case to United States v Simmons, 22 USCMA 288, 46 CMR 288 (1973), decided this date. For the reasons set out in our opinions in that case, we affirm the decision of the Army Court of Military Review.